# UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York



# MEMORANDUM

| | | |
|---|---|---|
| **DATE:** | November 5, 2008 | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y |
| **TO:** | Honorable Frederic Block<br>Senior United States District Judge | ★ NOV 21 2008 ★ |
| **RE:** | Nasr, Moustafa<br>Docket No.: 07-CR-533 | BROOKLYN OFFICE |

_Request for Modification of Release Conditions_

The above-referenced defendant made his initial appearance before U.S. Magistrate Judge Lois Bloom on February 28, 2007 and was charged with Conspiracy to Commit Bank Fraud. He was ordered detained pending trial on the same date. On March 12, 2008, the defendant appeared before U.S. Magistrate Judge Marilyn D. Go and pled guilty. There is no date scheduled for sentencing at this time. The defendant was subsequently released by U.S. Magistrate Judge Viktor V. Pohorelsky on April 15, 2008 on a $150,000 unsecured bond cosigned by two sureties with the following conditions: 1) report to Pretrial Services as directed, 2) surrender passport and not reapply for a new one, 3) travel restricted to New York City, and 4) reside at 230 Bay Ridge Avenue, Brooklyn, New York.

The defendant's bail conditions were modified by Your Honor on June 27, 2008 allowing the defendant to relocate to 211 67th Street, Brooklyn, New York after the defendant informed our office that there was not adequate space for him at 230 Bay Ridge Avenue. We are writing to inform the Court that the defendant has again relocated to a new address. In May 2008, the defendant suffered third degree burns on his feet and legs at his place of employment. He advised our office that he was no longer able to stay with his friend at 211 67th Street because the extent of his injuries was upsetting his friend's children. The defendant informed that he is now living with a friend at 354 93rd Street, Apt. 1C, Brooklyn, New York. This residence has been visited by our office, and no issues of concern were observed.

We are respectfully recommending that the defendant's conditions of release be modified removing the residential restriction. The office of AUSA James Loonam has been notified of our recommendation. If Your Honor has any questions or concerns, please contact Pretrial Services Officer Ignace Sanon-Jules at ext. 2662.

Prepared by: _[signature]_
Ignace Sanon-Jules
U.S. Pretrial Services Officer

Approved by: _[signature]_
Taia Givens
Supervising Pretrial Services Officer

Attachment

RE: Nasr, Moustafa
Docket No.: 07-CR-533

IT IS THE ORDER OF THE COURT THAT:

☑ The defendant's conditions of release be modified removing the residential restriction.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

s/FB

_____
Honorable Frederick Block
Senior U.S. District Judge

Nov. 26, 2008
Date

cc: James Loonam, AUSA
Michael Schneider, Defense Counsel